**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-7314**

─────────

MICHAEL EUGENE TAYLOR,

Plaintiff - Appellant,

versus

BOBBY LANE; ROBERT POPE; JAMES SCHAFERS; CAREY
WINDERS,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-97-624-5-CT-BO)

─────────

Submitted: December 17, 1998          Decided: January 7, 1999

─────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Michael Eugene Taylor, Appellant Pro Se.  E.B. Borden Parker, BADDOUR, PARKER, HINE & WELLONS, Goldsboro, North Carolina; Rudolph Alexander Ashton, III, MCCOTTER, MCAFEE & ASHTON, P.L.L.C., New Bern, North Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Taylor appeals the district court's order granting summary judgment to defendants on Taylor's 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion. The district court properly found that there was no genuine issue of material fact and defendants were entitled to judgment as a matter of law. Accordingly, we affirm on the reasoning of the district court. Taylor v. Lane, No. CA-97-624-5-CT-BO (E.D.N.C. July 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED